UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                        Case No. 23-cr-66 (JNE/LIB)
                                                          ORDER

Antonio Trevyll McGraw-Williams,

      Defendant.

      Defendant moved for DNA testing under 18 U.S.C. § 3600, which states:

> Upon a written motion by an individual sentenced to imprisonment or death pursuant to a conviction for a Federal offense (referred to in this section as the "applicant"), the court that entered the judgment of conviction shall order DNA testing of specific evidence if the court finds that all of the following apply . . . .

18 U.S.C. § 3006(a).  Defendant has not been sentenced yet.  Accordingly, his motion [Docket No. 288] for DNA testing is DENIED.

      Defendant's motions [Docket Nos. 287 and 289] of assertion of his innocence, which are essentially the same as his previously denied motion of assertion of his innocence, are DENIED.

      IT IS SO ORDERED.

Dated: June 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge
