UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Case No. 23-cr-66 (JNE/LIB)
ORDER

Antonio Trevyll McGraw-Williams,

Defendant.

This case is before the Court on Defendant's Motion to Seal Document. *See* D. Minn. LR 49.1(d). The Court denies the motion.

The undersigned's "s/" signature is improperly affixed to the proposed order that Defendant filed in support of the motion. The Court strikes the proposed order from the record.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendant's Motion to Seal Document [Docket No. 302] is DENIED.

2. The proposed order [Docket No. 304] is STRICKEN from the record.

Dated: October 5, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge